UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

---

IN RE: 3M COMBAT ARMS EARPLUG  　　　Case No. 3:19-md-2885
PRODUCTS LIABILITY LITIGATION  　　　Judge M. Casey Rodgers
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Gary R. Jones

This Document Relates to:

Michelle Blum
Case No. 7:20-cv-00122-MCR/GRJ

---

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff, Michelle Blum, by and through her undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(2), moves this Court to dismiss the above-styled action against all Defendants without prejudice, with each party to bear its own attorneys' fees and costs.

WHEREFORE, Plaintiff prays that this Court enter an order dismissing this action without prejudice, with each party to bear its own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　MOSTYN LAW

　　　　　　　　　　　　　　　　　*/s/ Michael A. Burns*
　　　　　　　　　　　　　　　　　Michael A. Burns
　　　　　　　　　　　　　　　　　FL Bar No. 0973130
　　　　　　　　　　　　　　　　　Caroline L. Maida
　　　　　　　　　　　　　　　　　TX Bar No. 24078906
　　　　　　　　　　　　　　　　　Email: epefile@mostynlaw.com
　　　　　　　　　　　　　　　　　3810 W. Alabama St.
　　　　　　　　　　　　　　　　　Houston, TX 77027
　　　　　　　　　　　　　　　　　Telephone: (713) 714-0000
　　　　　　　　　　　　　　　　　Facsimile: (713) 714-1111

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 2nd day of July, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ *Michael A. Burns*