UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Michelle Blum*, 7:20cv122 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

**ORDER**

This matter is before the Court on Plaintiff Michelle Blum's Motion to Dismiss Without Prejudice, ECF No. 18. Defendants oppose Plaintiff's motion for dismissal without prejudice and argue that dismissal should be with prejudice, particularly in light of the late timing of the motion, and contingent on awarding Defendants taxable costs associated with six depositions unique to Plaintiff's case under Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920, totaling $22,025.20.[1] On July 8, 2021, Blum filed a timely reply, stating that she seeks dismissal with prejudice due to her inability to find alternate supervision for her special-needs son for the two weeks she would be attending trial. *See* ECF No. 22 at 3. At the July 9, 2021 Case Management Conference, the Court informed Blum's

---

[1] Additionally, Defendants seek to replace Blum's case with that of Plaintiff Brandon Adkins, the Group B alternate, for trial on October 18, 2021, and argue that Adkins' case should not be consolidated with the first Group B trial in Plaintiff Joseph Taylor's case in September.

counsel that the Court could accommodate Blum's childcare responsibilities by excusing Blum's presence at trial and allowing her to appear by Zoom for the entire trial, or in person or by Zoom for only her examination.² *See* Case Management Order No. 20, ECF No. 1839.  The instant motion was accordingly stayed pending Blum's response to the Court's proposed accommodation.  *See id.*  On July 16, 2021, Blum's counsel informed the Court by email of Blum's request to attend her trial by Zoom.  Additionally, counsel advised that Blum would attempt to make arrangements to appear in person for portions of the trial, including her examination.

In light of the foregoing, Plaintiff's Motion to Dismiss Without Prejudice is **DENIED AS MOOT**.  Blum is hereby excused from appearing in person for her trial and must appear by Zoom (or in person, if possible) for at least her introduction by the Court to the jury panel on Monday, October 18, 2021, her examination, as well as when the jury's verdict is read.  The Court strongly encourages Blum to appear by Zoom for as much of the remainder of trial as she is able to.

**SO ORDERED**, on this 16th day of July, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

² Defendants agreed with the Court's accommodation to Blum to appear for her trial remotely.